AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the

Northern District of California

| | |
|---|---|
| DIGITAL CONTENT PROTECTION, LLC, a Delaware limited liability company, and WARNER BROS. ENTERTAINMENT INC., a Delaware corporation, <br> *Plaintiff(s)* <br><br> v. <br><br> ACE DEAL INC., a California corporation, <br> *Defendant(s)* | Civil Action No. 5:15-cv-06341 |

**SUMMONS IN A CIVIL ACTION**

To: *(Defendant's name and address)*
    Ace Deal Inc.
    1172 Murphy Avenue, Suite 237
    San Jose, California 95131

    A lawsuit has been filed against you.

    Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

Susan Fahringer, PERKINS COIE LLP, 1201 Third Avenue, Suite 4900, Seattle, WA 98101-3099
Sunita Bali, PERKINS COIE LLP, 505 Howard Street, Suite 1000, San Francisco, CA 94105

    If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*CLERK OF COURT*

Date:    December 31, 2015                                                        
                                                                                   *Signature of Clerk or Deputy Clerk*