SUSAN D. FAHRINGER, Bar No. 162978
SFahringer@perkinscoie.com
PERKINS COIE LLP
1201 Third Avenue, Suite 4900
Seattle, WA 98101-3099
Telephone: 206.359.8000
Facsimile: 206.359.9000

SUNITA BALI, Bar No. 274108
SBali@perkinscoie.com
PERKINS COIE LLP
505 Howard Street, Suite 1000
San Francisco, CA 94105
Telephone: 415.344.7000
Facsimile: 415.344.7050

Attorneys for Plaintiffs Digital Content Protection, LLC
and Warner Bros. Entertainment Inc.

OTTO O. LEE, CA Bar No. 173987
olee@iplg.com
KEVIN VIAU, CA Bar No. 275556
kviau@iplg.com
BONNIE J. WOLF, CA Bar No. 284872
bonniewolf@iplg.com
INTELLECTUAL PROPERTY LAW GROUP LLP
12 South First Street, 12th Floor
San Jose, California 95113
Telephone: (408) 286-8933
Facsimile: (408) 286-8932

Attorneys for Defendant Ace Deal Inc.

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| DIGITAL CONTENT PROTECTION, LLC, and WARNER BROS. ENTERTAINMENT INC., <br><br> Plaintiffs, <br><br> v. <br><br> ACE DEAL INC., <br><br> Defendant. | Case No.: 15-cv-6341 <br><br> **STIPULATION TO EXTEND TIME TO RESPOND TO COMPLAINT** <br> **(Civ. L.R. 6-1(a))** |

1       Pursuant to Civ. L. R. 6-1(a), Plaintiffs Digital Content Protection, LLC, and Warner Bros.
2  Entertainment Inc. ("Plaintiffs") and Defendant Ace Deal Inc. ("Defendant"), by and through their
3  respective counsel, stipulate and agree as follows:
4       WHEREAS, Plaintiffs personally served the Summons, Complaint, and related documents on
5  Defendant on January 4, 2016;
6       WHEREAS, Defendant's current deadline to respond to the Complaint is January 25, 2016;
7       WHEREAS, Plaintiffs agree to extend the time by which Defendant must respond to the
8  Complaint on the terms set forth below;
9       WHEREAS, there have been no previous time modifications in this case;
10      WHEREAS, an extension of time for Defendant to answer or otherwise respond to Plaintiffs'
11 Complaint will not alter the date of any event or deadline already fixed by Court order;
12      IT IS HEREBY STIPULATED AND AGREED that Defendant Ace Deal Inc. shall have up
13 to and including February 15, 2016 to answer or otherwise respond to Plaintiffs' Complaint.

Respectfully submitted,

Dated:  January 25, 2016          PERKINS COIE LLP

By:   /s/ Sunita Bali

Susan D. Fahringer
1201 Third Avenue, Suite 4900
Seattle, WA 98101
Telephone: 206.359.8000

Sunita Bali
505 Howard Street, Suite 1000
San Francisco, CA 94105
Telephone: 415.344.7000

Attorneys for Plaintiffs Digital Content
Protection, LLC and Warner Bros. Entertainment Inc.

| | |
|---|---|
| Dated: January 25, 2016 | INTELLECTUAL PROPERTY LAW GROUP LLP |
| | By:  /s/ *Bonnie J. Wolf* * |
| | Otto O. Lee |
| | Kevin Viau |
| | Bonnie J. Wolf |
| | 12 South First Street, 12th Floor |
| | San Jose, California 95113 |
| | Telephone: (408) 286-8933 |
| | Facsimile: (408) 286-8932 |
| | Attorneys for Defendant Ace Deal Inc. |

* Pursuant to Local Rule 5-1(i)(3), filing counsel attests that all other signatories listed, on whose behalf the filing is submitted, concur in the filing's content and have authorized the filing.

## PROOF OF SERVICE BY MAIL

I am a citizen of the United States and employed in San Francisco County, California. I am over the age of eighteen years and not a party to the within-entitled action. My business address is 505 Howard Street, Suite 1000, San Francisco, California 94105-3204. I am readily familiar with this firm's practice for collection and processing of correspondence for mailing with the United States Postal Service. On January 25, 2016, I placed with this firm at the above address for deposit with the United States Postal Service a true and correct copy of the within document(s):

**STIPULATION TO EXTEND TIME TO RESPOND TO COMPLAINT (Civ. L.R. 6-1(a))**

in a sealed envelope, postage fully paid, addressed as follows:

Otto O. Lee
Kevin Viau
Bonnie J. Wolf
12 South First Street, 12th Floor
San Jose, California 95113
Telephone: (408) 286-8933
Facsimile: (408) 286-8932

Attorneys for Defendant Ace Deal Inc.

Following ordinary business practices, the envelope was sealed and placed for collection and mailing on this date, and would, in the ordinary course of business, be deposited with the United States Postal Service on this date.

I declare under penalty of perjury under the laws of the State of California that the above is true and correct.

Executed on January 25, 2016, at San Francisco, California.


Danielle M. Ballard

PROOF OF SERVICE                                                                 Case No. 15-cv-6341