Reset Form

1
2                    UNITED STATES DISTRICT COURT

                     NORTHERN DISTRICT OF CALIFORNIA

3   Digital Content Protection, LLC, et al.      )
4                                                )   Case No: 5:15-cv-06341
                              Plaintiff(s),      )
5                                                )   **APPLICATION FOR**
         v.                                      )   **ADMISSION OF ATTORNEY**
6   Ace Deal Inc., a California corporation,     )   **PRO HAC VICE**
                                                 )   (CIVIL LOCAL RULE 11-3)
7                             Defendant(s).      )
                                                 )
8

9   I, Ryan Spear, an active member in good standing of the bar of
    Washington, hereby respectfully apply for admission to practice *pro hac vice* in the
10  Northern District of California representing: Plaintiffs Digital Cont. Prot., LLC, et al. in the
    above-entitled action. My local co-counsel in this case is Sunita Bali, an
11  attorney who is a member of the bar of this Court in good standing and who maintains an office
12  within the State of California.

| MY ADDRESS OF RECORD: | LOCAL CO-COUNSEL'S ADDRESS OF RECORD: |
13 | 1201 Third Ave., Ste. 4900 | 505 Howard St., Ste. 1000 |
14 | Seattle, WA  98101 | San Francisco, CA  94105 |
| MY TELEPHONE # OF RECORD: | LOCAL CO-COUNSEL'S TELEPHONE # OF RECORD: |
15 | (206) 359-3039 | (415) 344-7000 |
| MY EMAIL ADDRESS OF RECORD: | LOCAL CO-COUNSEL'S EMAIL ADDRESS OF RECORD: |
16 | rspear@perkinscoie.com | sbali@perkinscoie.com |

17  I am an active member in good standing of a United States Court or of the highest court of
    another State or the District of Columbia, as indicated above; my bar number is: 39974.
18  A true and correct copy of a certificate of good standing or equivalent official document from said
    bar is attached to this application.
19  I agree to familiarize myself with, and abide by, the Local Rules of this Court, especially the
20  Standards of Professional Conduct for attorneys and the Alternative Dispute Resolution Local Rules.

    *I declare under penalty of perjury that the foregoing is true and correct*.
21
    Dated:  01/26/16                                         Ryan Spear
22                                                           APPLICANT

23  ================================================================

                         **ORDER GRANTING APPLICATION**
24                  **FOR ADMISSION OF ATTORNEY PRO HAC VICE**

25  IT IS HEREBY ORDERED THAT the application of Ryan Spear is granted,
    subject to the terms and conditions of Civil L.R. 11-3. All papers filed by the attorney must indicate
26  appearance *pro hac vice*. Service of papers upon, and communication with, local co-counsel
27  designated in the application will constitute notice to the party.

28  Dated:
                                          UNITED STATES DISTRICT/MAGISTRATE JUDGE

    *PRO HAC VICE* APPLICATION & ORDER                                      *October 2012*

# IN THE SUPREME COURT OF THE STATE OF WASHINGTON

| | | |
|---|---|---|
| IN THE MATTER OF THE ADMISSION | ) | BAR NO. 39974 |
| OF | ) | CERTIFICATE |
| RYAN SPEAR | ) | OF |
| TO PRACTICE IN THE COURTS OF THIS STATE | ) | GOOD STANDING |

I, Ronald R. Carpenter, Clerk of the Supreme Court of the State of Washington, hereby certify

**RYAN SPEAR**

was regularly admitted to practice as an Attorney and Counselor at Law in the Supreme Court and all the Courts of the State of Washington on May 6, 2008, and is now and has continuously since that date been an attorney in good standing, and has a current status of active.



IN TESTIMONY WHEREOF, I have hereunto set my hand and affixed the seal of said Court this 21st day of January, 2016.

Ronald R. Carpenter
Supreme Court Clerk
Washington State Supreme Court