Reset Form

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

Digital Content Protection, LLC, et al.

                Plaintiff(s),

    v.

Ace Deal Inc., a California corporation,

                Defendant(s).

)
)
)
)
)
)
)
)
)
)
)
)

Case No: 5:15-cv-06341

**APPLICATION FOR
ADMISSION OF ATTORNEY
PRO HAC VICE**
(CIVIL LOCAL RULE 11-3)

I, Ryan Spear _____, an active member in good standing of the bar of Washington _____, hereby respectfully apply for admission to practice *pro hac vice* in the Northern District of California representing: Plaintiffs Digital Cont. Prot., LLC, et al. in the above-entitled action. My local co-counsel in this case is Sunita Bali _____, an attorney who is a member of the bar of this Court in good standing and who maintains an office within the State of California.

| MY ADDRESS OF RECORD: | LOCAL CO-COUNSEL'S ADDRESS OF RECORD: |
|---|---|
| 1201 Third Ave., Ste. 4900<br>Seattle, WA  98101 | 505 Howard St., Ste. 1000<br>San Francisco, CA  94105 |
| MY TELEPHONE # OF RECORD:<br>(206) 359-3039 | LOCAL CO-COUNSEL'S TELEPHONE # OF RECORD:<br>(415) 344-7000 |
| MY EMAIL ADDRESS OF RECORD:<br>rspear@perkinscoie.com | LOCAL CO-COUNSEL'S EMAIL ADDRESS OF RECORD:<br>sbali@perkinscoie.com |

I am an active member in good standing of a United States Court or of the highest court of another State or the District of Columbia, as indicated above; my bar number is: 39974 .

A true and correct copy of a certificate of good standing or equivalent official document from said bar is attached to this application.

I agree to familiarize myself with, and abide by, the Local Rules of this Court, especially the Standards of Professional Conduct for attorneys and the Alternative Dispute Resolution Local Rules.

*I declare under penalty of perjury that the foregoing is true and correct.*

Dated:  01/26/16

                              Ryan Spear
                              APPLICANT

## ORDER GRANTING APPLICATION
## FOR ADMISSION OF ATTORNEY PRO HAC VICE

IT IS HEREBY ORDERED THAT the application of Ryan Spear _____ is granted, subject to the terms and conditions of Civil L.R. 11-3. All papers filed by the attorney must indicate appearance *pro hac vice*. Service of papers upon, and communication with, local co-counsel designated in the application will constitute notice to the party.

Dated:  January 28, 2016

                              DONNA M. RYU
                          UNITED STATES ~~DISTRICT~~/MAGISTRATE JUDGE

*PRO HAC VICE* APPLICATION & ORDER                              *October 2012*

# IN THE SUPREME COURT OF THE STATE OF WASHINGTON

IN THE MATTER OF THE ADMISSION

OF

RYAN SPEAR

TO PRACTICE IN THE COURTS OF THIS STATE

)
)
)
)
)
)
)
)
)
)

BAR NO. 39974

**CERTIFICATE**

**OF**

**GOOD STANDING**

I, Ronald R. Carpenter, Clerk of the Supreme Court of the State of Washington, hereby certify

**RYAN SPEAR**

was regularly admitted to practice as an Attorney and Counselor at Law in the Supreme Court and all the Courts of the State of Washington on May 6, 2008, and is now and has continuously since that date been an attorney in good standing, and has a current status of active.



IN TESTIMONY WHEREOF, I have hereunto set my hand and affixed the seal of said Court this 21st day of January, 2016.

Ronald R. Carpenter
Supreme Court Clerk
Washington State Supreme Court