SUSAN D. FAHRINGER, Bar No. 162978
SFahringer@perkinscoie.com
RYAN M. SPEAR, *pro hac vice*
RSpear@perkinscoie.com
PERKINS COIE LLP
1201 Third Avenue, Suite 4900
Seattle, WA 98101-3099
Telephone: 206.359.8000
Facsimile: 206.359.9000

SUNITA BALI, Bar No. 274108
SBali@perkinscoie.com
PERKINS COIE LLP
505 Howard Street, Suite 1000
San Francisco, CA 94105
Telephone: 415.344.7000
Facsimile: 415.344.7050

Attorneys for Plaintiffs Digital Content Protection, LLC and Warner Bros. Entertainment Inc.

OTTO O. LEE, CA Bar No. 173987
olee@iplg.com
KEVIN VIAU, CA Bar No. 275556
kviau@iplg.com
BONNIE J. WOLF, CA Bar No. 284872
bonniewolf@iplg.com
INTELLECTUAL PROPERTY LAW GROUP LLP
12 South First Street, 12th Floor
San Jose, California 95113
Telephone: (408) 286-8933
Facsimile: (408) 286-8932

Attorneys for Defendant Ace Deal Inc.

# IN THE UNITED STATES DISTRICT COURT

# FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DIGITAL CONTENT PROTECTION, LLC, and WARNER BROS. ENTERTAINMENT INC., <br><br> Plaintiffs, <br> v. <br><br> ACE DEAL INC., <br><br> Defendant. | Case No.: 15-cv-6341 <br><br> **STIPULATION TO EXTEND TIME TO RESPOND TO COMPLAINT (Civ. L.R. 6-1(a))** |

1   Pursuant to Civ. L. R. 6-1(a), Plaintiffs Digital Content Protection, LLC, and Warner Bros.
2   Entertainment Inc. ("Plaintiffs") and Defendant Ace Deal Inc. ("Defendant") (collectively, "the
3   parties"), by and through their respective counsel, stipulate and agree as follows:
4   WHEREAS, Plaintiffs personally served the Summons, Complaint, and related documents on
5   Defendant on January 4, 2016;
6   WHEREAS, on January 25, 2016, Plaintiffs and Defendant filed a Stipulation to Extend Time
7   to Respond to Complaint, extending Defendant's deadline to respond to the Complaint to February
8   15, 2016;
9   WHEREAS,  respective counsel for Plaintiffs and Defendant have engaged in a number of
10  useful meet and confer discussions in an attempt to narrow the scope of the matter;
11  WHEREAS, Defendant's current deadline to respond to the Complaint is February 15, 2016;
12  WHEREAS, Plaintiffs agree to extend the time by which Defendant must respond to the
13  Complaint on the terms set forth below;
14  WHEREAS, the parties request the Initial Case Management Conference to be continued, and
15  the other case management deadlines continued accordingly;
16  WHEREAS, the counsel for the parties have conferred and confirmed availablility to attend
17  the Initial Case Management Conference in late-April, should the Court continue the case
18  management deadlines;
19  IT IS HEREBY STIPULATED AND AGREED that Defendant Ace Deal Inc. shall have up
20  to and including March 7, 2016 to answer or otherwise respond to Plaintiffs' Complaint.
21
22                                      Respectfully submitted,
23  Dated: February 12, 2016            PERKINS COIE LLP
24
25                                      By:    */s/ Ryan M. Spear*
26                                      Susan D. Fahringer
                                        Ryan M. Spear
27                                      1201 Third Avenue, Suite 4900
                                        Seattle, WA 98101
28                                      Telephone: 206.359.8000

|   |   |   |
|---|---|---|
| 1 | | Sunita Bali |
| 2 | | 505 Howard Street, Suite 1000 |
|   | | San Francisco, CA 94105 |
| 3 | | Telephone: 415.344.7000 |
| 4 | | Attorneys for Plaintiffs Digital Content Protection, LLC and Warner Bros. Entertainment Inc. |

Dated: February 12, 2016     INTELLECTUAL PROPERTY LAW GROUP LLP

By:     /s/ *Bonnie J. Wolf* *

Otto O. Lee
Kevin Viau
Bonnie J. Wolf
12 South First Street, 12th Floor
San Jose, California 95113
Telephone: (408) 286-8933
Facsimile: (408) 286-8932

Attorneys for Defendant Ace Deal Inc.

* Pursuant to Local Rule 5-1(i)(3), filing counsel attests that all other signatories listed, on whose behalf the filing is submitted, concur in the filing's content and have authorized the filing.