SUSAN D. FAHRINGER, Bar No. 162978
SFahringer@perkinscoie.com
RYAN SPEAR (*Pro Hac Vice*)
RSpear@perkinscoie.com
PERKINS COIE LLP
1201 Third Avenue, Suite 4900
Seattle, WA 98101-3099
Telephone: 206.359.8000
Facsimile: 206.359.9000

SUNITA BALI, Bar No. 274108
SBali@perkinscoie.com
PERKINS COIE LLP
505 Howard Street, Suite 1000
San Francisco, CA 94105
Telephone: 415.344.7000
Facsimile: 415.344.7050

Attorneys for Plaintiffs Digital Content Protection, LLC
and Warner Bros. Entertainment Inc.

OTTO O. LEE, CA Bar No. 173987
olee@iplg.com
KEVIN VIAU, CA Bar No. 275556
kviau@iplg.com
BONNIE J. WOLF, CA Bar No. 284872
bonniewolf@iplg.com
INTELLECTUAL PROPERTY LAW GROUP LLP
12 South First Street, 12th Floor
San Jose, California 95113
Telephone: (408) 286-8933
Facsimile: (408) 286-8932

Attorneys for Defendant Ace Deal Inc.

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DIGITAL CONTENT PROTECTION, LLC, and WARNER BROS. ENTERTAINMENT INC., | Case No.: 4:15-cv-6341-DMR |
| Plaintiffs, | **STIPULATION TO CONTINUE CASE MANAGEMENT CONFERENCE AND RELATED DEADLINES; DECLARATION OF SUSAN D. FAHRINGER; [PROPOSED] ORDER** |
| v. | |
| ACE DEAL INC., | |
| Defendant. | Current Date: March 30, 2016 |
| | Proposed Date: April 27, 2016 |

Pursuant to Local Civil Rules 6-2, 7-12, and 16-2(d), plaintiffs Digital Content Protection, LLC, and Warner Bros. Entertainment Inc. ("Plaintiffs") and defendant Ace Deal Inc. ("Defendant"), by and through their respective counsel, stipulate and agree as follows:

WHEREAS, the Complaint was filed on December 31, 2015, and personally served on Defendants on January 4, 2016;

WHEREAS, the Initial Case Management Conference is currently scheduled for March 30, 2016 at 1:30 p.m.;

WHEREAS, the parties are actively engaged in settlement discusssions and are hopeful that the case can be resolved in the near future;

WHEREAS, lead counsel for Plaintiffs is unavailable on March 30, 2016;

WHEREAS, the parties agree that, in the interest of justice and in an effort to enhance judicial efficiency and preserve resources, the Case Management Conference should be continued to April 27, 2016, or a date thereafter on which the Court is available, and all related deadlines should be adjusted accordingly;

WHEREAS, the only previous time modifications in this case have been stipulated extentions of Defendant's deadline to respond to the Complaint; and

WHEREAS, the parties agree that continuing the Case Management Conference to April 27, 2016, will not impact the schedule of the case, as no trial date or other deadlines have been set.

WHEREFORE, IT IS HEREBY STIPULATED AND AGREED that:

1.      The Initial Case Management Conference is continued to April 27, 2016;

2.      The last day to file a Rule 26(f) Report, complete initial disclosures or state objection in Rule 26(f) Report and file Case Managment Statement per Standing Order re Contents of Joint Case Management Statement is continued to April 20, 2016.

3.      The last day to meet and confer regarding initial disclosures, early settlement, ADR process selection, and discovery plan; file ADR Certification signed by Parties and Counsel; and file

/ / /

either Stipulation to ADR Process or Notice of Need for ADR Phone Conference is continued to April 6, 2016.

Respectfully submitted,

Dated: March 4, 2016                          PERKINS COIE LLP


By:      /s/ Susan D. Fahringer*

Susan D. Fahringer
Ryan Spear
1201 Third Avenue, Suite 4900
Seattle, WA 98101
Telephone: 206.359.8000

Sunita Bali
505 Howard Street, Suite 1000
San Francisco, CA 94105
Telephone: 415.344.7000

Attorneys for Plaintiffs Digital Content Protection, LLC and Warner Bros. Entertainment Inc.


Dated: March 4, 2016                          INTELLECTUAL PROPERTY LAW GROUP LLP


By:      /s/ Bonnie J. Wolf

Otto O. Lee
Kevin Viau
Bonnie J. Wolf
12 South First Street, 12th Floor
San Jose, California 95113
Telephone: (408) 286-8933
Facsimile: (408) 286-8932

Attorneys for Defendant Ace Deal Inc.

\* Pursuant to Local Rule 5-1(i)(3), filing counsel attests that all other signatories listed, on whose behalf the filing is submitted, concur in the content and have authorized the filing.

# DECLARATION

I, Susan D. Fahringer, declare as follows:

1. I am an attorney licensed to practice law before the courts of the State of California and this Court. I am a Partner at the law firm of Perkins Coie LLP and the lead attorney for plaintiffs Digital Content Protection, LLC, and Warner Bros. Entertainment Inc. ("Plaintiffs") in this matter. I submit this declaration in support of the parties' Stipulation to Continue Case Management Conference and Related Deadlines. I have personal knowledge of the facts set forth herein and, if called to testify as a witness, could and would do so under oath.

2. I am unable to attend the Initial Case Management Conference scheduled for March 30, 2016, due to a preplanned trip out of the country.

3. The parties are actively engaged in settlement discussions and are hopeful that the case can be resolved.

4. The parties have met and conferred, and agree that in the interest of justice and in an effort to enhance judicial efficiency and preserve resources, the Case Management Conference should be continued to April 27, 2016, and all related deadlines adjusted accordingly.

5. The only previous time modifications in this case have been stipulated extentions of Defenant's deadline to respond to the Complaint. The first Stipulation was filed on January 25, 2016, and extended Defendant's deadline to respond to the Complaint from January 25, 2016, to February 15, 2016 [Dkt. 13]. The second Stipulation was filed on February 12, 2016, and further extended Defendant's deadline to respond to the Complaint to March 7, 2016 [Dkt. 17]. The most recent Stipulation was filed on March 3, 2016, and extended Defendant's deadline to respond to the Complaint to March 21, 2016 [Dkt. 19].

6. The parties agree that continuing the Case Management Conference to April 27, 2016, and adjusting related deadlines accordingly will not otherwise impact the schedule of the case, as so trial date or other deadlines have been set.

/ / /

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.  Executed this 4th day of March, 2016, at Seattle, Washington.

*/s/ Susan D. Fahringer*
Susan D. Fahringer

**[PROPOSED] ORDER**

Based on the parties' Stipulation and the supporting Declaration of Susan D. Fahringer, and good cause appearing, the Initial Case Management Conference is continued and related deadlines are adjusted as follows:

1. The Initial Case Management Conference will take place on April 27, 2016;

2. The last day to file a Rule 26(f) Report, complete initial disclosures or state objection in Rule 26(f) Report and file Case Managment Statement per Standing Order re Contents of Joint Case Management Statement is April 20, 2016.

3. The last day to meet and confer regarding initial disclosures, early settlement, ADR process selection, and discovery plan; file ADR Certification signed by Parties and Counsel; and file either Stipulation to ADR Process or Notice of Need for ADR Phone Conference is April 6, 2016.

IT IS SO ORDERED.

DATED: _____

                   _____
                   Hon. Donna M. Ryu
                   United States Magistrate Judge